**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ESTATE OF VIRGINIA A. BATES—<br>DECEASED AND TIMOTHY BATES, | §<br>§<br>§ | |
| *Plaintiff,* | §<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO. 4:20-cv-00831 |
| U.S. BANK, N.A. AND SHELLPOINT<br>MORTGAGE SERVICING, LLC, | §<br>§<br>§<br>§ | |
| *Defendants.* | §<br>§ | |

**RESPONSE IN COMPLIANCE WITH ORDER (DOC. 26)**

Defendants/Counter-Plaintiffs U.S. Bank, N.A. and Shellpoint Mortgage Servicing, LLC ("Defendants") file this Response to the Court's Order of July 21, 2021 (Doc. 26) regarding additional briefing on the Proposed Order for Foreclosure and would show as follows:

1.      The total payoff of the loan as of June 30, 2021 is $153,956.85, as demonstrated in the Payoff Quote attached as **Exhibit A**. The breakdown of amounts owed is as follows:

| **Projected Payoff Date** | **6/30/2021** |
|---|---|
| Principal Balance | $75,394.71 |
| Interest To 6/30/2021 | $34,509.88 |
| Fees | $15,132.89 |
| Prepayment Penalty | $0.00 |
| Release Fees | $20.00 |
| Funds owed by borrower | $28,899.37 |
| Funds owed to borrower | $0.00 |
| | |
| **Total Payoff** | **$153,956.85** |
| Per diem | $14.95 |

2.      As demonstrated above, the reason for the charges incurred over and above the unpaid principal balance is primarily attributable to interest, fees, and funds owed by the borrower

4819-4180-2487.2

(also known as escrow items for tax and insurance payments). Specifics regarding the fee portion are as follows:

**FEE DETAILS**

| Description | Amount |
|---|---|
| Late Charge Payment | $708.00 |
| BPO/Aprsl Cost | $997.00 |
| Property Inspection | $1,208.00 |
| FC Costs | $742.50 |
| Attorney Cost | $9,593.29 |
| FC Costs | $1,884.10 |
| | $15,132.89 |

3.      Importantly, this delinquent loan is due for the December 1, 2015, payment and all payments thereafter.[1] This means that while no monthly payments have been made, interest has been accruing at 8.8% for nearly six years. Further, Plaintiff has not made insurance or property tax payments for some time, and Defendants have been forced to pay for those charges in order to preserve their collateral, as demonstrated in **Exhibit B**.

4.      Defendants provided Plaintiff's counsel with the proposed Revised Order for Foreclosure along with the Exhibits thereto on the morning of Monday, August 16, 2021, via email. Counsel for Defendants attempted to contact counsel for Plaintiff via telephone on August 18th and followed up via email on the same day. On August 19th, counsel for Plaintiff simply informed Defendants that his client would not allow him to agree to the Revised Order. Despite a request

---

[1] **Exhibit A.**

for more information from Defendants, Plaintiff declined to provide any specifics as to his disagreement with the Revised Order but did not dispute any particular calculation or charge. After receiving this email, counsel for Defendants attempted to reach counsel for Plaintiff by telephone on August 19th but was unable to reach him to discuss the issue further.

For these reasons, Defendants/Counter-Plaintiffs U.S. Bank, N.A. and Shellpoint Mortgage Servicing, LLC respectfully request the Court enter the Proposed Revised Order for Foreclosure submitted herewith, and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Melissa Gutierrez*
KEITH S. ANDERSON
Texas State Bar No. 24075789
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
kanderson@bradley.com

MELISSA S. GUTIERREZ
Texas Bar No. 24087648
Fed. I.D. No. 2255351
Bradley Arant Boult Cummings LLP
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Facsimile
mgutierrez@bradley.com
*Counsel for Defendants U.S. Bank, N.A.*
*and Shellpoint Mortgage Servicing, LLC*

## CERTIFICATE OF CONFERENCE

Defendants' counsel provided Plaintiff's counsel with the proposed Revised Order for Foreclosure along with the Exhibits thereto as outlined in paragraph 4 above. The undersigned attempted to confer with Plaintiff's counsel multiple times thereafter as to any specific objections to the figures being provided, but received no response or detail.

*/s/ Melissa Gutierrez*
Melissa Gutierrez

## CERTIFICATE OF SERVICE

I certify that on this 20th day of August, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following counsel of record. I further certify that a true and correct copy of the foregoing has been served on all counsel of record as follows:

*Via email: Erick.delarue@delaruelaw.com*
Erick DeLaRue
Law Office of Erick DeLaRule, PLLC
2800 Post Oak Boulevard, Suite 4100
Houston, Texas 77056

*/s/ Melissa Gutierrez*
Melissa Gutierrez

4819-4180-2487.2