United States District Court
Southern District of Texas
**ENTERED**
December 15, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ESTATE OF VIRGINIA A. BATES—DECEASED AND TIMOTHY BATES,<br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>U.S. BANK, N.A. AND SHELLPOINT MORTGAGE SERVICING, LLC,<br>Defendants/Counter-Plaintiffs. | §§§§§§§§§§ Civil Action No. 4:20-cv-00831 |

### ORDER GRANTING DEFENDANT/COUNTER-PLAINTIFF'S MOTION TO CORRECT FINAL JUDGMENT

**CAME ON THIS DAY TO BE CONSIDERED** the *Motion to Correct Final Judgment* ("the Motion") filed by U.S. Bank, N.A. and Shellpoint Mortgage Servicing, LLC. ("Defendants"). Doc. #30. The Court takes Plaintiffs' failure to file a response as a representation of no opposition. *See* Local Rule 7.4. Having considered the Motion the Court determines that the Motion bears merit and should be granted.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the Motion is granted in its entirety and the Final Judgment entered in this Case [ECF No. 28] shall be modified to include the relief requested in Defendants' Counterclaim for non-judicial foreclosure. An Amended Judgment shall be issued as a separate filing.

Signed this _____ day of ___DEC 1 5 2021___, 2021.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE